**BRETT MERSEREAU,** OSB No. 023922
brett@brettmersereau.com
The Law Office of Brett Mersereau
2100 NE Broadway, #119
Telephone: 503-673-3022
Of Attorneys for Defendants

**QUINN E. KURANZ** OSB No. 114375
quinn@kuranzlaw.com
The Office of Q.E. Kuranz, Attorney at Law, LLC
65 SW Yamhill St., Suite 300
Portland, OR 97204
Telephone:  503-914-3930
Fax: 503-200-1289
**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TANNAZ TALEPASAND,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MULTNOMAH EDUCATION SERVICE DISTRICT,<br><br>　　　　　Defendant. | Case No.: 3:20-cv-00662-SB<br><br>ORDER APPROVING FLSA SETTLEMENT AND ORDER OF DISMISSAL WITHOUT COSTS OR FEES TO ANY PARTY |

　　　The Parties, through separate counsel, have filed a Joint Motion for Court Approval of Settlement and Consent to Magistrate Jurisdiction. Upon review of the information before the court, the estimated amounts owed, apparent risks of continued litigation, and recovery of an amount that is 70% of what was

Page 1　ORDER APPROVING SETTLEMENT AND DISMISSAL CLAIM

allegedly owed to Plaintiff, the Court hereby Grants the Joint Motion to Approve the FLSA Settlement (ECF No. 9).

The matter is hereby dismissed with prejudice and without costs or fees to any party.

DATED this 10th day of December, 2020.

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge